AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

FEB 20 2015

David J. Bradley, Clerk

United States of America
v.

SEE ATTACHMENT I

*Defendant(s)*

Case No. M-15-0267-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __2/19/2015__ in the county of __HIDALGO__ in the __SOUTHERN__ District of __TEXAS__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a) (1) and 21 USC 846 | Conspiracy to knowingly and intentionally possess with intent to distribute approximately 78 kilograms of cocaine, a schedule II controlled substance. |

This criminal complaint is based on these facts:

(Continued on Attachment II)

☑ Continued on the attached sheet.

Approved by: Leo J. Leo III
AUSA

_____
Complainant's signature

James Burke, DEA Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __February 20, 2015__

_____
Judge's signature

City and state: __McAllen, Texas__

Peter E. Orsmby, Magistrate Judge
*Printed name and title*

Attachment I

GARCIA, Jose Edgar
USC
YOB: 1988

MOLINA, Raquel
Legal Alien
YOB: 1955

MOLINA, Guadalupe
USC
YOB: 1935

GARCIA, Jacob
USC
YOB: 1990

VILLARREAL-Gallegos, Santana
Legal Alien
YOB: 1984

Attachment II

On February 18, 2015, the DEA McAllen DO Group D81 agents received information from agents assigned to the Houston Division about a cocaine smuggling drug trade organization operating out Starr County and Hidalgo County. Agents received information that cocaine was being smuggled into the United States from Mexico and transported to a house located in the vicinity of 52 N. Alvarez Road, Rio Grande City, TX. Agents received information that the cocaine was then brought to a location identified as 5101 E. Curry Road, Edinburg, TX before being transported throughout the United States in tractor trailers. Additionally agents received information that the cocaine was transported from Rio Grande City, TX to Edinburg, TX in a Nissan Juke.

On February 19, 2015, at approximately 6:30 PM, agents conducting surveillance in vicinity of N. Alvarez Road observed a maroon in color Nissan Juke exit 52 N. Alvarez Road, Rio Grande City, TX. Agent's maintained surveillance on the vehicle until it reached Curry Road in Edinburg, TX where a marked unit from the Hidalgo County Sheriff's Office conducted a traffic stop of the Nissan Juke for failure to utilize a turn signal and obstruction of view as it entered the driveway of residence 5101 E. Curry Road, Edinburg, TX. Agents approached the vehicle and observed two individuals, later identified as Guadalupe MOLINA and Raquel MOLINA, exiting the vehicle. Agents were able to call two additional adults out of the residence, later identified as Jose Edgar GARCIA and Dawn GARCIA. Agents obtained consent to search the residence and all vehicles located on the property, which included 4 Ford Mustangs, one blue tractor with white trailer, a Ford Fusion, and the Nissan Juke. On the same date agents conducted a search of the residence and located another individual, later identified as Santana VILLARREAL Gallegos, inside. As agents continued to search the location an individual identified as Jacob GARCIA arrived. Agents had contacted Jacob GARCIA as he was the registered owner of the tractor trailer. As agents continued searching the residence and vehicles K-9 units from the Hidalgo County Sheriff's Office received a positive indicator for narcotics inside the Nissan Juke. Agents continued a thorough search and located approximately 40 kilograms of cocaine located inside a hidden compartment under the driver and passenger seats. Agents searched the tractor and trailer and were able to locate an empty hidden compartment on the underside of the trailer utilized to transport illegal proceeds or narcotics.

On same date, Agents advised the aforementioned subjects of their Miranda Rights individually in the Spanish and English languages.

Raquel MOLINA advised Agents that she did not wish to answer any questions and Raquel MOLINA was not questioned.

Guadalupe MOLINA acknowledged and waived his rights but did not provide agents with any information pertaining to narcotics trafficking.

Jacob GARCIA acknowledged and waived his rights and admitted he was paid by an individual identified as Eric GOMEZ to register the tractor trailer in his (Jacob Garcia) name. Jacob GARCIA stated that he had transported produce in the tractor trailer multiple times to the Houston, TX area but had not driven it since December of 2014. Jacob GARCIA also denied

involvement in narcotics trafficking. Agents conducted a consensual search of Jacob GARCIA's phone and identified three calls, after the one received from agents, to/from an individual named "Virgil" in the call log history.

Jose Edgar GARCIA acknowledged and waived his rights and admitted that he was being paid $3,000.00 to $4,000.00 USD per month to allow vehicles transporting cocaine to come to the residence at 5101 E. Curry Road, Edinburg, TX, and load the cocaine into a hidden compartment inside the trailer parked at the residence. Jose Edgar GARCIA stated that once the trailer was full it would then transport the cocaine north to a location in Houston, TX. Jose Edgar GARCIA stated that the tractor trailer would travel to Houston, TX with approximately 130 kilograms of cocaine once a week, four times a month, and had been doing so since around October 2013. Jose Edgar GARCIA stated that shipments of illegal proceeds in excess of $100,000,000.00 USD had arrived at the residence before being sent to Mexico since October of 2013. Jose Edgar GARCIA stated that an Eric Gomez out of Weslaco, TX, recruited drivers, who were paid approximately $15,000.00 USD per trip. Jose Edgar GARCIA stated that an individual known as "Virgil" was in charge of the drug trafficking conspiracy in the United States, while another individual known as "Jimmy" was in charge in Mexico.

On the same date Jose Edgar GARCIA stated that he had seen the couple, identified as Guadalupe MOLINA and Raquel MOLINA, transport the cocaine to the residence in vehicles containing hidden compartments on multiple occasions. Jose Edgar GARCIA stated that Santana VILLARREAL Gallegos usually arrived with the MOLINA's and was paid to load the cocaine into the tractor trailer once it arrived from Rio Grande City, TX. Jose Edgar GARCIA stated that Jacob GARCIA owned the tractor trailer and that Jacob GARCIA was paid $15,000.00 USD to transport the cocaine in aforementioned tractor trailer. Jose Edgar GARCIA stated Jacob GARCIA had discussed wanting to be paid more to transport the cocaine. Jose Edgar GARCIA agreed to cooperate with agent's further and showed agents a hidden compartment, inside an entertainment center at, located inside the residence. Agents searched the hidden compartment and were able to discover an additional approximately 38 kilograms of cocaine. Jose Edgar GARCIA stated that his wife, Dawn GARCIA, did not participate in narcotics trafficking but was aware that activity involving illegal proceed was occurring at residence. Agents placed Jose Edgar GARCIA, Guadalupe MOLINA, Raquel MOLINA, Santana VILLARREAL Gallegos, and Jacob GARCIA under arrest.

Dawn GARCIA acknowledged and waived her rights and admitted to knowledge of possible illegal weapons or drugs being stored at the residence but had never seen them. Dawn GARCIA stated she had never spent any money her husband, Jose Edgar GARCIA, earned from illegal activities and that she had repeatedly asked for him to stop for the safety of their 3 children. Dawn GARCIA was not placed under arrest at this time.